A CERTIFIED TRUE COPY
ATTEST

By Darion Payne on Jul 13, 2009

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Jun 25, 2009

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ACTIVATED CARBON-BASED
HUNTING CLOTHING MARKETING
AND SALES PRACTICES LITIGATION  MDL No. 2059

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-1)**

On June 18, 2009, the Panel transferred four civil actions to the United States District Court for the District of Minnesota for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See ___F.Supp.2d___ (J.P.M.L. 2009). With the consent of that court, all such actions have been assigned to the Honorable Richard H. Kyle.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of Minnesota and assigned to Judge Kyle.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Minnesota for the reasons stated in the order of June 18, 2009, and, with the consent of that court, assigned to the Honorable Richard H. Kyle.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Minnesota. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Jul 13, 2009

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A true copy in ___2___ sheet(s)
of the record in my custody,
CERTIFIED, July 13, 20 09
Richard D. Sletten, Clerk
BY: _____
        Deputy Clerk

IN RE: ACTIVATED CARBON-BASED
HUNTING CLOTHING MARKETING
AND SALES PRACTICES LITIGATION	MDL No. 2059

## SCHEDULE CTO-1 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**	**CASE CAPTION**

CALIFORNIA NORTHERN
  CAN 3 09-2320	Jonathan Lange v. A.L.S. Enterprises, Inc., et al. 09-1805

MARYLAND
  MD 1 09-849	George Cook v. ALS Enterprises, Inc., et al. 09-1806

WASHINGTON EASTERN
  WAE 2 09-107	Robert Eggart v. ALS Enterprises, Inc., et al. 09-1807